**EXHIBIT A**

List the names of all parties to the judgment, order, or degree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| Mark A. Frankel | Backenroth Frankel & Krinsky LLP<br>800 Third Avenue<br>11th Floor<br>New York, NY 10022<br>(212) 593-1100 |
| 169 16th Street, LLC | Robert L. Rimberg<br>GOLDBERG & RIMBERG PLLC<br>115 Broadway, 3rd Floor<br>New York, NY 10006<br>(212) 697-3250<br><br>Joel S. Schneck<br>SCHACHTER PORTNOY, L.L.C.<br>3490 U.S. Route 1, Suite 6<br>Princeton, New Jersey 08540<br>(609) 514-8668<br>jss@splawoffice.com |
| WL Metro Equity Holdings, LLC | Robert L. Rimberg<br>GOLDBERG & RIMBERG PLLC<br>115 Broadway, 3rd Floor<br>New York, NY 10006<br>(212) 697-3250<br><br>Joel S. Schneck<br>SCHACHTER PORTNOY, L.L.C.<br>3490 U.S. Route 1, Suite 6<br>Princeton, New Jersey 08540<br>(609) 514-8668<br>jss@splawoffice.com |

Notice of Appeal Exhibit A

| | |
|---|---|
| L'Chayim Foundation, Inc. | Robert L. Rimberg<br>GOLDBERG & RIMBERG PLLC<br>115 Broadway, 3rd Floor<br>New York, NY 10006<br>(212) 697-3250<br><br>Joel S. Schneck<br>SCHACHTER PORTNOY, L.L.C.<br>3490 U.S. Route 1, Suite 6<br>Princeton, New Jersey 08540<br>(609) 514-8668<br>jss@splawoffice.com |
| Ludvik and Eva Family Partnership | Robert L. Rimberg<br>GOLDBERG & RIMBERG PLLC<br>115 Broadway, 3rd Floor<br>New York, NY 10006<br>(212) 697-3250<br><br>Joel S. Schneck<br>SCHACHTER PORTNOY, L.L.C.<br>3490 U.S. Route 1, Suite 6<br>Princeton, New Jersey 08540<br>(609) 514-8668<br>jss@splawoffice.com |
| Law Offices of Allan Lebovits, P.C., as Nominee | Robert L. Rimberg<br>GOLDBERG & RIMBERG PLLC<br>115 Broadway, 3rd Floor<br>New York, NY 10006<br>(212) 697-3250<br><br>Joel S. Schneck<br>SCHACHTER PORTNOY, L.L.C.<br>3490 U.S. Route 1, Suite 6<br>Princeton, New Jersey 08540<br>(609) 514-8668<br>jss@splawoffice.com |
| Barkany Asset Recovery and Management LLC | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |

Notice of Appeal Exhibit A

| | |
|---|---|
| Cortland Realty Investments LLC | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |
| Jordan Most | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |
| Marshal Eisenberg | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |
| Debra Eisenberg Wilder | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |
| Seth Farbman | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |
| Janet Pinsky | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281 |

Notice of Appeal Exhibit A

| | |
|---|---|
| | Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |
| Shalom Maidenbaum | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |
| Rachell Gober | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |
| The Boss's Daughter, LLC | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |
| Chaim Silberberg | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |
| Mr. San, LLC | Shalom Jacob<br>Allen C. Wasserman<br>Alan H. Katz<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754 |

Notice of Appeal Exhibit A