**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
JOSEPH ROSENBERG, JONATHAN ZELINGER, PETEX INTERNATIONAL LTD., ETHICAL PRODUCTS, INC., EDWARD LOWY, JONATHAN LEIFER, MURRAY LEIFER, SARA LEIFER, WHITEFISH GROUP, LLC, SAUL KESSLER, and ALFRED SCHONBERGER,

                Appellants,

- against -

169 16TH STREET, LLC, WL METRO EQUITY HOLDINGS, LLC, L'CHAYIM FOUNDATION, INC., LUDVIK AND EVA FAMILY PARTNERSHIP, LAW OFFICES OF ALLAN LEBOVITS, P.C., as Nominee, Barkany Asset Recovery and Management, LLC, CORTLAND REALTY INVESTMENTS, LLC, JORDAN MOST, MARSHAL EISENBERG, DEBRA EISENBERG WILDER, SETH FARBMAN, JANET PINSKY, SHALOM MAIDENBAUM, RACHELLE GOBER, THE BOSS'S DAUGHTER, LLC, CHAIM SILBERBERG, and MR. SAN, LLC,

                Appellees.
-----------------------------------------------------------X

**JUDGMENT**
CV 16-175 (ADS)

      An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on October 4, 2016, dismissing the Appellants' appeal, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that Appellants' appeal is dismissed; and that this case is hereby closed.

Dated: Central Islip, New York
       October 6, 2016

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                              By:    /s/ James J. Toritto
                                          Deputy Clerk